Judgment affirmed in accordance with Rule 84.16(b).

---

James HOWARD, Appellant,

v.

Bernice HOWARD, Respondent.

No. 60869.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 1, 1992.

Peter P. Fiore, Michael J. Mettes, St. Louis, for appellant.

Bernice Howard, pro se.

ORDER

PER CURIAM.

James Howard appeals the modification of his decree of dissolution. The decree ordered him to pay $220 per month maintenance to his wife. The modification order reduced the maintenance obligation to $135 per month. James Howard contends he should not have to pay any maintenance.

The modification order is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value.

---

STATE of Missouri, Respondent,

v.

Steven Jay MORLAND, Appellant.

No. WD 43797.

Missouri Court of Appeals,
Western District.

Sept. 1, 1992.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

ORDER

PER CURIAM:

Defendant was convicted of sale of a controlled substance in violation of § 195.020, RSMo 1986 and was sentenced to seven years of confinement in the Missouri Department of Corrections. Defendant appeals.

The judgment of conviction is affirmed. Rule 30.25(b).